UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| HEIDI M. BAKER<br>Plaintiff, | ) | CA 07 314ML |
| v. | ) | DOCKET NO: |
| SAFETY SOURCE NORTHEAST and<br>ST. PAUL TRAVELERS INSURANCE<br>Defendants | ) | |

**NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. § 1446**

PLEASE TAKE NOTICE that defendant, St. Paul Fire & Marine Insurance Company ("St. Paul"), misnamed as "St. Paul Travelers Insurance", with full reservation of all defenses, hereby removes this civil action from the Superior Court of Providence County, Rhode Island, to the United States District Court for the District of Rhode Island. As grounds for its Notice of Removal, St. Paul proffers:

1. This lawsuit is a civil action within the meaning of 28 U.S.C. §§ 1441(a) & 1446(b) on removal of cases to the district courts of the United States.

2. In this action, on or about August 1, 2007, plaintiff, Heidi M. Baker ("Ms. Baker"), filed a Declaratory Judgment Complaint in the Superior Court of Providence County, Rhode Island, alleging breach of an insurance contract and coverage under policy #WVA570040809W001, issued to the co-defendant, Safety Source Northeast. A copy of the complaint is attached as defendant's Exhibit A and is incorporated by reference.

3. The plaintiff, Heidi M. Baker, is a citizen of the State of Rhode Island.

4. The defendant, St. Paul Fire & Marine Insurance Company, is a **Minnesota corporation** with a principal place of business in Hartford, Connecticut.

5. The co-defendant, Safety Source Northeast, is a corporation of the Commonwealth of Massachusetts with a principal place of business located at 29 Gillespie Road, Charlton, MA 01507.

6. At the time of filing of the state court complaint and at the current time their exists complete diversity between the parties to this action sufficient to confer jurisdiction in the United States District Court for the District of Rhode Island pursuant to 28 U.S.C. § 1332 (a).

7. A fair reading of the complaint indicates that the amount in controversy exceeds the sum of $75,000 since the plaintiff is claiming coverage under a policy of insurance with a underinsured motorist limit of $100,000.

8. Removal of this action is timely pursuant to 28 U.S.C.§ 1446 (b).

9. Pursuant to the Local Rule 81, a certified copy of the state court record will be filed within 10 days of the filing of this Notice along with the docket sheet.

ST. PAUL FIRE & MARINE INSURANCE COMPANY,,
By its attorneys,
MORRISON MAHONEY LLP,

John Graceffa (by mm)
M J Marcello

John Graceffa **(#5201)**
Michael J. Marcello (#5221)
121 South Main Street, Suite 600
Providence, RI 02903
Tel: (401) 331-4660
Fax: (401) 351-4420



1025399v1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17 day of August 2007, I served a copy of the foregoing Notice of Filing Notice of Removal to the United States District Court , by regular U.S. mail, postage prepaid, to:

William F. Warren, Esq.
454 Broadway
Providence, RI 02909

Safety Source of New England, Inc.
29 Gillespie Road
Charlton, MA 01507

Michael J. Marcello



1025399v1