1002-7199

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| HEIDI M. BAKER<br>Plaintiff, | ) | |
| v. | ) | DOCKET NO: CA 07-314ML |
| SAFETY SOURCE NORTHEAST and<br>ST. PAUL TRAVELERS INSURANCE<br>Defendants | ) | |

**FILING OF STATE COURT RECORD**

Now comes the defendant, St. Paul Travelers Insurance, pursuant to Rule 81(b) of the Local Rules of the United States District Court for the District Rhode Island and submits a certified copy of the docket sheet and complete court record of the Providence County Superior Court, State of Rhode Island, from where this matter was removed.

ST. PAUL FIRE & MARINE INSURANCE COMPANY,,
By its attorneys,
MORRISON MAHONEY LLP,

John Graceffa (#5201)
Michael J. Marcello (#5221)
121 South Main Street, Suite 600
Providence, RI 02903
Tel: (401) 331-4660
Fax: (401) 351-4420

640464v1

1002-7199

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20 day of August 2007, I served a copy of the foregoing Filing of State Court Record to the United States District Court , by regular U.S. mail, postage prepaid, to:

William F. Warren, Esq.
454 Broadway
Providence, RI 02909

Safety Source of New England, Inc.
29 Gillespie Road
Charlton, MA 01507

Claudia Clause

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

---

Case ID: PC-2007-3976 HEIDI M BAKER V SAFETY SOURCE NORTHEAST

Filing Date: 08-01-2007
Case Status: CLOSED DURING DISCOVERY

Case Type: DECLARATORY JUDGMENT
Status Date: 08-17-2007

---

Plaintiff: HEIDI BAKER
ID: @10920093

Attorney: WILLIAM WARREN

Defendant: SAFETY SOURCE NORTHEAST
ID: @10920094

Defendant: ST. PAUL TRAVELERS INSURANCE
ID: @10920096

## Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

## Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

## Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

## Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 08-01-2007 | COMPLAINT FILED | |
| 08-01-2007 | INITIAL FILING FEE | |
| 08-02-2007 | Payment Applied | A Payment of -$160.00 was made on receipt SCP253715. |
| 08-17-2007 | NOTICE OF REMOVAL | |
| 08-17-2007 | CASE REMVD TO US DISTRICT CT | District Court CA 07 314ML |
| 08-17-2007 | OTH DOC FILED DURING DISCOV | |

True Copy Attest

[signature]

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island