UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| HEIDI M. BAKER,<br>Plaintiff,<br><br>v.<br><br>SAFETY SOURCE NORTHEAST and<br>ST. PAUL TRAVELERS INSURANCE<br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | DOCKET NO: 07-314ML |

ANSWER AND JURY DEMAND OF DEFENDANT,
ST. PAUL FIRE & MARINE INSURANCE COMPANY

Now comes the defendant, St. Paul Fire & Mutual Insurance Company (incorrectly identified as "St. Paul Travelers Insurance" and hereinafter "St. Paul"), and by and through counsel, hereby answers the plaintiff's Complaint as follows:

FIRST AFFIRMATIVE DEFENSE

The plaintiff's Complaint fails to state a claim upon which relief can be granted.

SECOND AFFIRMATIVE DEFENSE

The defendant, St. Paul, responds to the allegations contained in the plaintiff's Complaint paragraph by paragraph, as follows:

1. The defendant denies that it is a Florida company, but otherwise admits the remaining allegations contained in paragraph 1 of the plaintiff's Complaint.

2. The defendant admits the allegations contained in paragraph 2 of the plaintiff's Complaint.

3. The defendant denies the allegations contained in paragraph 3 of the plaintiff's Complaint.

4. The defendant denies the allegations contained in paragraph 4 of the plaintiff's Complaint.

5. The defendant admits the allegations contained in paragraph 5 of the plaintiff's Complaint.

6. The defendant neither admits nor denies the allegations contained in paragraph 6 of the plaintiff's Complaint as the defendant is without sufficient knowledge or information to form a belief as to the truth of the matters asserted.

7. The defendant neither admits nor denies the allegations contained in paragraph 7 of the plaintiff's Complaint as the defendant is without sufficient knowledge or information to form a belief as to the truth of the matters asserted.

8. The defendant neither admits nor denies the allegations contained in paragraph 8 of the plaintiff's Complaint as the defendant is without sufficient knowledge or information to form a belief as to the truth of the matters asserted.

9. The defendant admits the allegations contained in paragraph 9 of the plaintiff's Complaint.

10. The defendant states that Exhibit 1 of the plaintiff's Complaint speaks for itself in response to the allegations in paragraph 10 of the plaintiff's Complaint.

11. The defendant neither admits nor denies the allegations contained in the first and second "reasons" as stated in paragraph 11 of the plaintiff's Complaint as the defendant is without sufficient knowledge or information to form a belief as to the truth of the matters asserted and further states that the allegations contained in the third and fourth "reasons" as stated in paragraph 11 of the plaintiff's Complaint are conclusions of law and need not be admitted or denied.

## THIRD AFFIRMATIVE DEFENSE

This action was not commenced within the time required by law.

FOURTH AFFIRMATIVE DEFENSE

By way of affirmative defense, the defendant states that the plaintiff's Complaint is barred by the applicable statute of limitations, laches, estoppel and/or waiver.

FIFTH AFFIRMATIVE DEFENSE

By way of affirmative defense, the defendant states it is without any contractual responsibility in this matter.

SIXTH AFFIRMATIVE DEFENSE

By way of affirmative defense, the defendant states that its actions were justified under the facts and circumstances of this case.

SEVENTH AFFIRMATIVE DEFENSE

By way of affirmative defense, the defendant states that it has acted in good faith at all times during the course of this matter.

**THEREFORE**, the defendant prays that this Court:

a. Enter judgment for the defendant, St. Paul, dismissing all claims;

b. Award the defendant, St. Paul, costs, expenses and attorneys' fees; and

c. Grant such further relief as the Court may deem just.

**JURY CLAIM**

The defendant, St. Paul Fire & Marine Insurance Company, requests a trial by jury as to all issues triable as of right to a jury.

ST. PAUL FIRE & MARINE INSURANCE COMPANY,

By its attorneys,

**MORRISON MAHONEY LLP**

/s/ Michael J. Marcello

---

Michael J. Marcello (#5221)
121 South Main Street, Suite 600
Providence, RI 02903
Tel: (401) 331-4660
Fax: (401) 351-4420

**CERTIFICATE OF SERVICE**

I hereby certify that this documents filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 23, 2007.

/s/ Michael J. Marcello

Michael J. Marcello, BBO No. 5221