**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

HEIDI M. BAKER
*Plaintiff*

VS. DOCKET NO.: 07-314ML

SAFETY SOURCE NORTHEAST AND
ST. PAUL TRAVELERS INSURANCE
*Defendant*

***ENTRY OF APPEARANCE***

I, Anthony J. Gianfrancesco, Esq., hereby enters his appearance as co-counsel for the Plaintiff, Heidi M. Baker.

/s/Anthony J. Gianfrancesco

Anthony J. Gianfrancesco, Esq.
Baluch Gianfrancesco Mathieu & Alger
155 South Main Street
Providence, RI 02903
(401) 331-1434
(401) 351-9653

**CERTIFICATION**

I hereby certify that a true copy of the within was mailed to William Warren, Esq., 454 Broadway, Providence, RI 02903 and to Michael J. Marcello, Esq., 121 South Main Street, Suite 600, Providence, RI 02903 on this **23rd** day of October, 2007.

/s/Anthony J. Gianfrancesco