**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

HEIDI M. BAKER
*Plaintiff*

VS. DOCKET NO.: 07-314ML

SAFETY SOURCE NORTHEAST AND
ST. PAUL TRAVELERS INSURANCE
*Defendant*

**PRETRIAL STATEMENT OF THE PLAINTIFF,**
**HEIDI M. BAKER**

The Plaintiff in this matter, Heidi M. Baker, is a resident of the City of Cranston, located within the State of Rhode Island. Mrs. Baker was an employee of Defendant, Safety Source Northeast (hereinafter Safety Source), a Massachusetts corporation, with a satellite office located in the State of Rhode Island. Ms. Baker was hired by, and worked out of, the satellite office in Rhode Island. Defendant, St. Paul Travelers Insurance (hereinafter, St. Paul), is a corporation licensed to do business both in that State of Rhode Island and Massachusetts, and has a principal place of business located in the State of Connecticut. St. Paul insured the business of Safety Source.

Mrs. Baker was employed as a delivery person in Rhode Island and nearby Massachusetts. On December 17, 2002, the Plaintiff, Mrs. Baker, was driving north in the City of Boston, in the normal course of her employment. While exiting the highway on an off ramp, the Plaintiff was struck from behind by another vehicle causing significant injury. She was transported to a nearby medical facility with injuries to her neck, which subsequently required surgical intervention. Mrs. Baker has been left permanently scarred and has a permanent disability as a result of the accident.

Mrs. Baker made a claim for Workers Compensation pursuant to R.I.G.L. 28-33-1. She also made a third party claim against the operator of the motor vehicle which struck her. The amount received from the insured party responsible for the accident was not enough to cover the Plaintiff's medical expenses and injuries. As such, Mrs. Baker filed for underinsured motorist coverage benefits from the Defendant, St. Paul, pursuant to R.I.G.L. 9-30-1, and was denied said benefits. The Defendant's position, in denying coverage, is that since Mrs. Baker had applied for, and received, workers compensation benefits from the State of Rhode Island, she is barred from obtaining underinsured coverage from her employer for the same injuries pursuant to a decision from the Massachusetts Supreme Court in **Berger v. H.P. Hood, Inc., 416 Mass. 652 (1995)**.

Mrs. Baker has always been a resident of the State of Rhode Island. She applied for and received workers compensation benefits from the State of Rhode Island, as she was not eligible for such benefits in Massachusetts. Under Rhode Island law, an injured Plaintiff is not barred from recovery for underinsured motorist coverage, even if they had obtained workers compensation benefits for the same injury.

It is the position of Mrs. Baker that she is entitled to such benefits as she is, and was at all relevant times, a Rhode Island resident, employed by a corporation which was licensed to do business in the State of Rhode Island, and which in fact had a satellite office located in the State of Rhode Island. Furthermore, Mrs. Baker applied for and received workers compensation benefits from the State of Rhode Island, and as such, Rhode Island law should apply to Plaintiff's request for relief in the form of underinsured motorist coverage.

Respectfully submitted,
Plaintiff, Heidi M. Baker,
By her Attorneys,

/s/William F. Warren
William F. Warren, Esq. (5766)
454 Broadway
Providence, RI 02909
(401)751-3900

/s/Anthony J. Gianfrancesco
Anthony J. Gianfrancesco, Esq. (2762)
Baluch, Gianfrancesco, Mathieu & Alger
155 South Main Street
Providence, RI 02903
(401) 331-1434

**CERTIFICATION**

I hereby certify that a true copy of the above documents filed through the ECF system will be sent electronically to Michael J. Marcello, Esq., 121 South Main Street, Suite 600, Providence, RI 02903 on this 1st day of November, 2007.

/s/Anthony J. Gianfrancesco