UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

HEIDI M. BAKER

v. C.A. NO. 07-314ML

ST. PAUL TRAVELERS
INSURANCE COMPANY

PRETRIAL ORDER

Pursuant to the Rule 16 Conference held on November 8, 2007, the parties shall file their cross-motions for summary judgment on or before

**March 17, 2008.**

SO ORDERED:

Mary M. Lisi
Chief United States District Judge
November 8, 2007

Entered as an Order of this Court on November 9, 2007.

Barbara Barletta
Deputy Clerk