**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

HEIDI M. BAKER
*Plaintiff*

VS. DOCKET NO.: 07-314ML

SAFETY SOURCE NORTHEAST AND
ST. PAUL TRAVELERS INSURANCE
*Defendant*

**VOLUNTARY DISMISSAL**

Now comes the plaintiff, Heidi Baker and hereby voluntarily dismisses her claim against defendant, Safety Source Northeast.

Respectfully submitted,
Plaintiff, Heidi M. Baker,
By her Attorneys,

/s/William F. Warren
William F. Warren, Esq. (5766)
454 Broadway
Providence, RI 02909
(401)751-3900

/s/Anthony J. Gianfrancesco
Anthony J. Gianfrancesco, Esq. (2762)
Baluch, Gianfrancesco, Mathieu & Alger
155 South Main Street
Providence, RI 02903
(401) 331-1434

**CERTIFICATION**

I hereby certify that a true copy of the above documents filed through the ECF system will be sent electronically to Michael J. Marcello, Esq., 121 South Main Street, Suite 600, Providence, RI 02903 on this 13th day of November, 2007.

/s/Anthony J. Gianfrancesco