UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| HEIDI M. BAKER<br>Plaintiff,<br><br>v.<br><br>ST. PAUL TRAVELERS INS. CO.,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) | DOCKET NO: 07-0314 ML |

**ENTRY OF APPEARANCE**

Now comes Paul V. Sullivan and hereby enters his appearance on behalf of defendant St. Paul Travelers Insurance Company.

/ s/ Paul Sullivan

Paul V. Sullivan (#5712)
Morrison Mahoney LLP
10 Weybosset Street, Suite 900
Providence, RI 02903
Tel: (401) 331-4660
Fax: (401) 351-4420
pvsullivan@morrisonmahoney.com

**CERTIFICATE OF SERVICE**

I hereby certify that an exact copy of the within document was electronically mailed to the Electronic Case Filing system of the United States District Court for its distribution to all counsel of record, this 3rd day of December, 2007.

/ s / Paul Sullivan

Paul V. Sullivan