UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| HEIDI M. BAKER, Plaintiff, | ) | |
| v. | ) | DOCKET NO: 07-314ML |
| SAFETY SOURCE NORTHEAST and ST. PAUL TRAVELERS INSURANCE Defendants | ) | |

**WITHDRAWAL OF APPEARANCE**

Michael J. Marcello, Esquire, hereby enters his withdrawal of appearance on behalf of defendant, St. Paul Fire & Mutual Insurance Company, in the above-entitled matter.

/s/ Michael J. Marcello

Michael J. Marcello (#5221)
Morrison Mahoney LLP
10 Weybosset Street Suite 900
Providence, RI 02903-7141

**CERTIFICATE OF SERVICE**

I hereby certify that an exact copy of the within document was electronically mailed to the Electronic Case Filing system of the United States District Court for its distribution to all counsel of record, this 31st day of January, 2008.

/s/ Michael J. Marcello