UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

HEIDI M. BAKER
*Plaintiff,*

v. DOCKET NO.: 07-314ML

SAFETY SOURCE NORTHEAST, ET AL.
*Defendant.*

**JOINT MOTION TO EXTEND SUMMARY JUDGMENT FILING DEADLINE FROM**

The plaintiff and the defendant jointly move to extend the time to file cross-motions to April 30, 2008.

HEIDI M. BAKER,
By her Attorneys,

/s/ Anthony J. Gianfrancesco

**Attorney for Plaintiff**
Anthony J. Gianfrancesco, Esq. #2762
Baluch, Gianfrancesco, Mathieu & Alger
155 South Main Street, Suite 101
Providence, RI 02903
(401) 331-1434

SAFETY SOURCE NORTHEAST
By its Attorneys,

/s/ Paul Sullivan

**Attorney for Defendant**
Paul Sullivan, Esq. #5712
Sullivan, Signore, Whitehead & DeLuca, LLP
86 Weybosset Street, Suite 400
(401) 861-9900

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF System will be sent Electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this **6th** day of **March**, 2008.

/s/ Paul Sullivan

Paul Sullivan, B.B.O. 5712