**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

HEIDI M. BAKER
*Plaintiff*

VS. DOCKET NO.: 07-314ML

SAFETY SOURCE NORTHEAST AND
ST. PAUL TRAVELERS INSURANCE
*Defendant*

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Now comes the Plaintiff and respectfully requests that this court enter an order granting Summary Judgment in favor of this Plaintiff and against the Defendant in the above-entitled matter. As grounds therefore, Plaintiff relies on the accompanying Memorandum of Law attached hereto and filed herewith.

Respectfully submitted,
Plaintiff, Heidi M. Baker,
By her Attorneys,

/s/William F. Warren
William F. Warren, Esq. (5766)
454 Broadway
Providence, RI 02909
(401)751-3900

/s/Anthony J. Gianfrancesco
Anthony J. Gianfrancesco, Esq. (2762)
Baluch, Gianfrancesco, Mathieu &
Alger
155 South Main Street
Providence, RI 02903
(401) 331-1434

**CERTIFICATION**

I hereby certify that a true copy of the above documents filed through the ECF system will be sent electronically to Paul Sullivan, Esquire, Sullivan, Signore, Whitehead & DeLuca, LLP, 86 Weybosset Street, Suite 400, Providence, Rhode Island 02903 on this 30th day of April, 2008.

/s/Anthony J. Gianfrancesco