**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

HEIDI M. BAKER
*Plaintiff*

VS. DOCKET NO.: 07-314ML

SAFETY SOURCE NORTHEAST AND
ST. PAUL TRAVELERS INSURANCE
*Defendant*

**HEIDI M. BAKER'S STATEMENT OF UNDISPUTED FACTS**

1. The plaintiff, Heidi M. Baker (hereinafter "Baker") is a resident of the State of Rhode Island.

2. The plaintiff at all times material hereto was an employee of Safety Source Northeast (hereinafter "Safety").

3. Safety is a Massachusetts corporation licensed to do business in the State of Rhode and conducts business from a satellite office located in the State of Rhode Island

4. Plaintiff, Heidi M. Baker was hired by Safety in the State of Rhode Island and works for Safety of its Rhode Island satellite office. Plaintiff, Heidi M. Baker was employed as a delivery person whose route encompassed the State of Rhode Island and nearby Massachusetts.

5. Defendant, St. Paul Travelers Insurance Company (hereinafter "St.Paul") issued a motor vehicle policy of insurance to Safety.

6. Defendant, St. Paul is licensed to do business in the State of Rhode Island and does business in the State of Rhode Island.

7. Defendant, St. Paul's contract with Safety is a Massachusetts insurance policy.

8. The policy of insurance included coverage for, among other things, uninsured motorist benefits in the amount of $100,000.00 per person/$300,000.00 per accident.

9. On or about December 17, 2002, plaintiff was operating a 2004 Econoliner registered to Ford Motor Credit Company of Atlanta, Georgia.

10. This motor vehicle was leased to Safety Source Northeast and was covered under the policy of insurance issued by St. Paul Travelers Insurance described above.

11. Plaintiff was involved in an automobile accident with another vehicle in Boston, Massachusetts, while in the course of her employment.

12. As a result of the accident, the plaintiff sustained serious personal injuries.

13. Plaintiff filed for and received workers' compensation benefits through the Rhode Island Workers' Compensation system pursuant to Rhode Island General Laws §28-33-1.

14. The plaintiff was not eligible for Massachusetts Workers' Compensation benefits pursuant to Massachusetts General Law.

15. The plaintiff filed a third-party claim against the tortfeasor with whom she was involved in the accident. The tortfeasor paid its policy limits.

16. The plaintiff then filed for and made a claim under the St. Paul Travelers Insurance policy for underinsured motorist benefits pursuant to Rhode Island General Law §9-30-1.

17. St. Paul Travelers Insurance denied plaintiffs' claim for underinsured motorist benefits citing the Massachusetts case of ***Bergin v .H.B. Hood, Inc.,*** 416 Mass. 652 1995.

18. The plaintiff claims that she is entitled to workers' compensation benefits as permitted by Rhode Island law.

Respectfully submitted,
Plaintiff, Heidi M. Baker,
By her Attorneys,

/s/William F. Warren
William F. Warren, Esq. (5766)
454 Broadway
Providence, RI 02909
(401)751-3900

/s/Anthony J. Gianfrancesco
Anthony J. Gianfrancesco, Esq. (2762)
Baluch, Gianfrancesco, Mathieu & Alger
155 South Main Street
Providence, RI 02903
(401) 331-1434

**CERTIFICATION**

I hereby certify that a true copy of the above documents filed through the ECF system will be sent electronically to Michael J. Marcello, Esq., 121 South Main Street, Suite 600, Providence, RI 02903 on this 30th day of April, 2008.

/s/Anthony J. Gianfrancesco