UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| HEIDI M. BAKER,<br><br>Plaintiff,<br><br>v.<br><br>SAFETY SOURCE NORTHEAST and ST. PAUL TRAVELERS INSURANCE COMPANY,<br><br>Defendants. | CIVIL ACTION NO. 07-0314 ML |

**DEFENDANT ST. PAUL TRAVELERS INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT**

Defendant St. Paul Travelers Insurance Company (Travelers) moves for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. In support of this motion, defendant Travelers states that Heidi Baker was involved in an automobile accident in the course of her employment on December 17, 2002, and Ms. Baker has made a claim against her employer's business automobile insurance policy for underinsured motorist benefits. Ms. Baker's employer, Safety Source of New England, Inc., had a Travelers business auto policy MA 05700143 which contained underinsured motorist coverage. The employer is located in Massachusetts, the subject insurance contract is a Massachusetts policy, the policy was executed and delivered in Massachusetts, the accident occurred in Massachusetts, and the vehicle that the employee was in when the accident occurred is registered in Massachusetts. Massachusetts law applies to the interpretation of this Massachusetts insurance policy, and under Massachusetts case law, it is clear that an employee cannot collect both workers' compensation benefits and underinsured motorists benefits from their employer for the same injury. Berger v. H. P. Hood, Inc., 624 N.E.2d 947 (Mass. 1993).

Wherefore, defendant Travelers requests this court grant summary judgment on its behalf in this matter, and declare that:

(1) There is no coverage for Baker's claims under the referenced Travelers' policy;

(2) Travelers, in denying coverage for Baker's claims, has not breached its contract with Safety Source; and,

(3) Any other relief the court deems necessary to terminate this declaratory judgment action in Traveler's favor, as Travelers has correctly denied coverage in this matter.

ST. PAUL TRAVELERS INSURANCE COMPANY,

By its attorneys,

/ s/ Paul Sullivan

Paul V. Sullivan (#5712)
Sullivan Signore Whitehead & DeLuca LLP
86 Weybosset Street, Suite 400
Providence, RI 02903
Tel: (401) 861-9900
Fax: (401) 861-9977
psullivan@sswdlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that an exact copy of the within document was electronically mailed to the Electronic Case Filing system of the Unite States District Court for its distribution to all counsel of record, this 30th day of April, 2008.

/ s / Paul Sullivan

Paul V. Sullivan