UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| HEIDI M. BAKER,<br><br>Plaintiff,<br><br>v.<br><br>SAFETY SOURCE NORTHEAST and ST. PAUL TRAVELERS INSURANCE COMPANY,<br><br>Defendants. | ) | CIVIL ACTION NO. 07-0314 ML |

**DEFENDANT ST. PAUL TRAVELERS INSURANCE COMPANY'S STATEMENT OF UNDISPUTED FACTS**

Defendant St. Paul Travelers Insurance Company (Travelers), pursuant to Local Rule 56 (a) (1) states the following as undisputed facts in support of its motion for summary judgment:

1. Travelers business auto policy MA 05700143 had effective dates of 12/12/02 to 12/12/03. Exhibit 2 (policy MA 05700143).
2. Safety Source of New England, Inc., is the named insured on Travelers business auto policy MA 05700143. Exhibit 2 (policy MA 05700143).
3. Safety Source of New England, Inc., was Heidi Baker's employer as of 12/17/02, the date of Ms. Baker's automobile accident.
4. On 12/17/02, Ms. Baker was involved in an automobile accident that occurred in Massachusetts.
5. As a result of the 12/17/02 automobile accident, Ms. Baker made a workers' compensation claim against her employer Safety Source of New England, Inc., and received worker's compensation benefits as a result of the same.

6. Ms. Baker's underlying claim is an underinsured motorist benefits claim against her employer's business auto policy, Travelers MA 05700143, for the same injury for which she has already collected workers' compensation benefits from her employer.
7. Safety Source of New England, Inc., is a Massachusetts corporation.
8. Safety Source of New England, Inc.'s principal place of business is in Massachusetts.
9. The vehicle that Ms. Baker was operating when the automobile accident occurred was registered in Massachusetts.
10. The automobile accident giving rise to Ms. Baker's claim for underinsured motorist benefits occurred in Massachusetts.
11. Safety Source of New England, Inc.'s business auto policy MA 05700143 was executed and delivered in Massachusetts.
12. Safety Source of New England, Inc., business auto policy MA 05700143 is a Massachusetts insurance policy.
13. Massachusetts law applies to the interpretation of this Massachusetts insurance contract.
14. Massachusetts law applies to Ms. Baker's underinsured motorist's claim.
15. Massachusetts law bars Ms. Baker from collecting underinsured motorist benefits from her employer Safety Source of New England, Inc., as she has already collected workers' compensation benefits from them for the same injury.
16. Travelers business auto policy MA 05700143 includes form MM 99 54 09 98, titled "Underinsured Motorists Coverage – Massachusetts." That form is three pages in length, and modifies the Business Auto Coverage Form. Exhibit 3 (form MM 99 54 09 98).

17. Travelers business auto policy MA 05700143 is a Massachusetts policy; the named insured on that policy is a Massachusetts corporation; the policy was executed and delivered in Massachusetts; and the underlying claim being made against that policy involves an automobile accident that occurred in Massachusetts.
18. The insurance policy that Ms. Baker's cites in her complaint is WVA 570040809W001, which is a worker's compensation insurance policy.
19. The worker's compensation insurance policy that Ms. Baker cites in her complaint does not provide for underinsured motorist benefits, which Ms. Baker now seeks.
20. For Ms. Baker to attempt to avail herself of underinsured motorist benefits, she would need to make a claim under Safety Source's Massachusetts Business Automobile Policy, MA 05700143.

ST. PAUL TRAVELERS INSURANCE COMPANY,

By its attorneys,

/ s/ Paul Sullivan

Paul V. Sullivan (#5712)
Sullivan Signore Whitehead & DeLuca LLP
86 Weybosset Street, Suite 400
Providence, RI 02903
Tel: (401) 861-9900
Fax: (401) 861-9977
psullivan@sswdlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that an exact copy of the within document was electronically mailed to the Electronic Case Filing system of the Unite States District Court for its distribution to all counsel of record, this 30th day of April, 2008.

/ s / Paul Sullivan

Paul V. Sullivan