# EXHIBIT 1

Afo: 011 Auto Registration SAFETY SOURCE OF N E
VJG5224 N AB

Policy Ins Name: SAFETY SOURCE OF NEW ENGLAND,
Policy Ins Addr: PO BOX 532
STURBRIDGE MA 01566
Date of Loss: 12/17/2002

COVERAGE PERIOD: 12/12/2002 TO 12/12/2003
DATE OF LOSS: 12/17/2002
DATE REPORTED: 12/17/2002

VEHICLE YR: 00 MAKE: FORD MODEL: ECONOLINE VIN: 1FTRE1423YHB790
VEHICLE OWNERSHIP: OWNED
ACCIDENT STATE: MA

R1 INSURED NAME: SAFETY SOURCE OF NEW ENGLAND,
ADDRESS: PO BOX 532
STURBRIDGE MA 01566

ST PAUL POL IDENTIFICATION: BA01320676

TRAV POL IDENTIFICATION: ZBB -4218D336
PRODUCER CODE: 12116
COMMERCIAL LINES OFFICE: 06T
MARKET INDICATOR: 24 ACCT BANK CODE: J99
LOCATION OF RISK: PO BOX 532
STURBRIDGE MA 01566
SOURCE: SPC CONVERSION
SAI NUMBER: 3007J3098

| COVERAGE CODE: | KIND PAY: | DESCRIPTION: |
|---|---|---|
| PD | | PROPERTY DAMAGE |
| UM | UND | UDERINSURED BI |
| COLL | | COLLISION |

DATE OCCURENCE REPORTED: 12/17/2002

***** POLICY EFFECTIVE LESS THAN 30 DAYS **

Apr. 30. 2008 8:35AM No. 2809 P. 3
To: From: McGrath/Burnham Grou 508-764-3434 Tue 17 Dec 2002 16:23:12 Page: 2

# ACORD™ AUTOMOBILE LOSS NOTICE

OP ID DW DATE 12/17/0

PRODUCER PHONE (A/C, No, Ext): 508-764-3400

McGrath Burnham Group
328 Main Street
Southbridge MA 01550
Robert B. Muenzberg

CODE: SUB CODE:
AGENCY CUSTOMER ID: SAFET-1

COMPANY: St. Paul Fire & Marine
NAIC CODE:
MISCELLANEOUS INFO (site & location code)
POLICY NUMBER: BA01320676
REFERENCE NUMBER
EFFECTIVE DATE: 12/12/02
EXPIRATION DATE: 12/12/03
DATE OF ACCIDENT AND TIME: 12/17/02 10:30 X AM PM
PREVIOUSLY REPORTED: YES X

## INSURED

NAME AND ADDRESS: SOC SEC #: - -

Safety Source of N E Inc
P O Box 532
Sturbridge MA 01566

RESIDENCE PHONE (A/C, No):
BUSINESS PHONE (A/C, No, Ext): 800 225-3553

## CONTACT

X CONTACT INSURED

NAME AND ADDRESS:
Safety Source of N E Inc
Bob Kingman
P O Box 532
Sturbridge MA 01566

RESIDENCE PHONE (A/C, No):
BUSINESS PHONE (A/C, No, Ext): 800 225-3553

WHERE TO CO[NTACT]
WHEN TO CON[TACT]

## LOSS

LOCATION OF ACCIDENT (include city & state): Rte 93 @ Massachusetts Ave Exit Boston MA
AUTHORITY CONTACTED: MA State Police
REPORT #:
VIOLATIONS/CITATIONS:

DESCRIPTION OF ACCIDENT (Use separate sheet if necessary): Rte 93 @ MA Ave Exit, IV proceeding to exit ramp when hit by OV from rear; then pushing into Veh 3.

## POLICY INFORMATION

| BODILY INJURY (Per Person) | BODILY INJURY (Per Accident) | PROPERTY DAMAGE | SINGLE LIMIT | MEDICAL PAYMENT | OTC DEDUCTIBLE | OTHER COVERAGE & DEDUCTIBLES (UM, no-fault, towing, etc) |
|---|---|---|---|---|---|---|
| | | | 1000000 | 5000 | 500 | UM 100/300; UIM 100/300 |
| | | | | | COLLISION DED | Loss of Use; $30/30 days |
| | | | | | 1000 | Collision Waiver |

LOSS PAYEE: FMCC
P O Box 7151 Springfield OH 45501

UMBRELLA/EXCESS: UMBRELLA EXCESS CARRIER: LIMITS: AGGR PER CLAIM/OCC

## INSURED VEHICLE

VEH #: 003 YEAR: 2000 MAKE: Ford MODEL: Econoline
BODY TYPE: VAN
V.I.N.: 1FTRE1423YHB79092
PLATE NUMBER: H37250

OWNER'S NAME & ADDRESS: Ford Motor Credit Corp
P O Box 7151 Springfield OH 45501
RESIDENCE PHONE (A/C, No):
BUSINESS PHONE (A/C, No, Ext):

DRIVER'S NAME & ADDRESS (Check if same as owner): Heidi Baker
39 Harvard Street Cranston RI 02920
RESIDENCE PHONE (A/C, No):
BUSINESS PHONE (A/C, No, Ext): 800 225-3553

RELATION TO INSURED (Employee, family, etc.): EMPLOYEE
DATE OF BIRTH: 04/14/14
DRIVER'S LICENSE NUMBER: 8009234
STATE: RI
PURPOSE OF USE: Business
USED WITH PERMISSION?: X YES

DESCRIBE DAMAGE: LT REAR PANEL/BUMP/LT BACK DOOR
ESTIMATE AMOUNT:
WHERE CAN VEHICLE BE SEEN?: Contact Insured
WHEN CAN VEH BE SEEN?:
OTHER INSURANCE ON VEHICLE:

## PROPERTY DAMAGED

DESCRIBE PROPERTY (If auto, year, make, model, plate #): 2002 Chrysler MA 8492VG
OTHER VEH/PROP INS?: X YES NO
COMPANY OR AGENCY NAME: Commerce Insurance
POLICY #:

OWNER'S NAME & ADDRESS: Wendy Rapoza
4 Rodney Street New Bedford
RESIDENCE PHONE (A/C, No):
BUSINESS PHONE (A/C, No, Ext):

OTHER DRIVER'S NAME & ADDRESS (Check if same as owner):
RESIDENCE PHONE (A/C, No):
BUSINESS PHONE (A/C, No, Ext):

DESCRIBE DAMAGE: Unknown
ESTIMATE AMOUNT:
WHERE CAN DAMAGE BE SEEN?:

## INJURED

| NAME & ADDRESS | PHONE (A/C, No) | PED | INS VEH | OTH VEH | AGE | EXTENT OF INJURY |
|---|---|---|---|---|---|---|
| Heidi Baker<br>39 Harvard Street Cranston RI 02920 | 800 354-6113 | | X | | | Neck & Complaint of Head |

## WITNESSES OR PASSENGERS

| NAME & ADDRESS | PHONE (A/C, No) | INS VEH | OTH VEH | OTHER (Specify) |
|---|---|---|---|---|
| | | | | |

REMARKS (include adjuster assigned): Addl damage to IV: front bumper
See notes for Vehicle 3 information

REPORTED BY | REPORTED TO | SIGNATURE OF INSURED | SIGNATURE OF PRODUCER

## Section C: You and Your Passengers

Please provide the full name, address, and DOB or Age for all passengers in your vehicle. Then write the corresponding code in each of the boxes for each occupant of the vehicle (yourself and all passengers). A list of the possible codes is provided at the bottom of this section.

| | | Date of Birth/Age | Sex M/F | A | B | C | D | E | F | G | H | Name of Medical Facility |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Driver (See previous page) | | | | | 1 | 1 | 4 | 0 | 0 | 4 | 2 | Narragansett Medical Center |
| Name of Passenger 1 (Last, First, Middle) | Address / City/Town State Zip | | | | | | | | | | | |
| Name of Passenger 2 (Last, First, Middle) | Address / City/Town State Zip | | | | | | | | | | | |
| Name of Passenger 3 (Last, First, Middle) | Address / City/Town State Zip | | | | | | | | | | | |

BEST ORIGINAL DOCUMENT

**A. Seating Position**
Front seat - left side (or motorcycle driver)
Front seat - middle
Front seat - right side
Second seat - left side (or motorcycle passenger)
Second seat - middle
Second seat - right side
Third row - left side (or motorcycle passenger)
Third row - middle
9 Third row - right side
10 Sleeper section of cab
11 Enclosed passenger area
12 Unenclosed passenger area
13 Trailing unit
14 Riding on vehicle exterior
97 Other
99 Unknown

**B. Safety System Used**
0 None used
1 Shoulder and lap belt
2 Lap belt only
3 Shoulder belt only
4 Child safety seat
5 Helmet
99 Unknown

**C. Air Bag Status**
1 Deployed-front
2 Deployed-side
3 Deployed both front and side
4 Not deployed
5 Not applicable
99 Unknown

**D. Air Bag Switch**
1 Switch in ON position
2 Switch in OFF position
3 ON-OFF switch not present
4 Unknown if switch is present
99 Unknown

**E. Ejected From Vehicle?**
Not ejected
Totally ejected
Partially ejected
Not applicable
Unknown

**F. Trapped?**
0 Not trapped
1 Freed by mechanical means
2 Freed by non-mechanical means
99 Unknown

**G. Injured?**
1 Fatal injury
Non-fatal injury:
2 Incapacitating
3 Non-incapacitating
4 Possible
5 No injury
99 Unknown

**H. Transported for Medical Care?**
1 Not transported
2 EMS (emergency service)
3 Police
97 Other
99 Unknown

## Section D: Other Vehicle(s) Involved in the Crash

Number of occupants in the Vehicle: 1 Number of injured occupants: 0 Was Vehicle Damage above $1000? ✓ Yes __ No Moped? __ Yes ✓ No Hit and Run? __ Yes ✓ No

| Driver's License Number | License State | Date of Birth | Age | Sex | License Class | Commercial Driver's License Endorsements |
|---|---|---|---|---|---|---|
| 800923... | RI | 4-15-64 | 38 | M ✓F | M ✓ Unknown | |

| Name of Vehicle Driver (Last, First, Middle) | Street Address | City/Town | State | Zip |
|---|---|---|---|---|
| BAKER HEIDI M | 37 HARVARD ST. | CRANSTON | RI | 02920 |

| Insurance Company | Vehicle Registration # | Reg. Type | Reg. State | Vehicle Year | Vehicle Make |
|---|---|---|---|---|---|
| SAFETY INSURANCE | 437250 | CAR | MA | 2000 | FORD |

Registered in MA

Indicate type of vehicle
Passenger car
Light truck (van, mini-van, pick-up, sport utility)
Motorcycle
4 Bus (15 or more passengers)
5 Bus (7-15 passengers)
6 Single-unit truck (2 axles)
7 Single-unit truck (3 or more axles)
8 Truck/trailer
9 Truck tractor (bobtail)
10 Tractor/semi-trailer
11 Tractor/doubles
12 Tractor/triples
13 Unknown heavy truck
14 Motor home/recreational vehicle
97 Other
99 Unknown

| Name of Vehicle Owner (Last, First, Middle) | Street Address | City/Town | State | Zip |
|---|---|---|---|---|
| FORD MOTOR CREDIT | Bx 105704 | Atlanta | Ga | 30348 |

Vehicle Travel Direction: __ S __ W

What Was the Vehicle Doing Prior to the Crash?
(1) Travelling straight ahead
(2) Slowing or stopped
3 Turning right
4 Turning left
5 Changing lanes
6 Entering traffic lane
7 Leaving traffic lane
8 Making U-turn
9 Overtaking/passing
10 Backing
11 Parked
97 Other
99 Unknown

Vehicle Damaged Area (circle up to three)
1 2 3 4 5 6 7 8 9
0 None
10 Undercarriage
11 Totaled
97 Other
99 Unknown

## Section E: Non-Motorist(s) Involved in the Crash

Circle the type of non-motorist involved: 1 Pedestrian 2 Cyclist 3 Skater 97 Other 99 Unknown

What was the non-motorist doing prior to the crash?
Entering or crossing location
Walking, running, or cycling
Working
Pushing vehicle
Approaching or leaving vehicle
6 Working on vehicle
7 Standing
97 Other
99 Unknown

Where was the non-motorist prior to the crash?
1 Marked crosswalk at intersection
2 At intersection but no crosswalk
3 Non-intersection crosswalk
4 In roadway
5 Not in roadway
6 Median (but not on shoulder)
7 Island
8 Shoulder
9 Sidewalk
10 Shared-use path or trails
99 Unknown

| Birth/Age | Sex | Full Name of Non-Motorist (Last, First, Middle) | Street Address | City/Town | State | Zip |
|---|---|---|---|---|---|---|
| | __ M __ F | | | | | |

**Safety Equipment?**
None used
Helmet
Protective pads (elbows, knees, etc.)
Protective clothing
9 Lighting
10 Other
99 Unknown

**Injured?**
1 Fatal injury
Non-fatal injury:
2 Incapacitating
3 Non-incapacitating
4 Possible
5 No injury
99 Unknown

**Transported for Medical Care?**
1 Not transported
2 EMS (emergency service)
3 Police
97 Other
99 Unknown
If transported, please indicate Hospital/Medical Facility:

**The Commonwealth of Massachusetts**
**William Francis Galvin**

Secretary of the Commonwealth, Corporations Division
One Ashburton Place, 17th floor
Boston, MA 02108-1512
Telephone: (617) 727-9640

***SAFETY SOURCE OF NEW ENGLAND, INC.* Summary Screen**

Help with this form

Request a Certificate

**The exact name of the Domestic Profit Corporation:** SAFETY SOURCE OF NEW ENGLAND, INC.

**Entity Type:** Domestic Profit Corporation

**Identification Number:** 042864766

**Old Federal Employer Identification Number (Old FEIN):** 000222324

**Date of Organization in Massachusetts:** 06/01/1985

**Current Fiscal Month / Day:** 05 / 31 **Previous Fiscal Month / Day:** 00 / 00

**The location of its principal office in Massachusetts:**
No. and Street: 29 GILLESPIE RD.
City or Town: CHARLTON State: MA Zip: 01507 Country: USA

**If the business entity is organized wholly to do business outside Massachusetts, the location of that office:**
No. and Street:
City or Town: State: Zip: Country:

**Name and address of the Registered Agent:**
Name: MILDRED A KINGMAN
No. and Street: 29 GILLESPIE RD
City or Town: CHARLTON State: MA Zip: 01507 Country: USA

**The officers and all of the directors of the corporation:**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code | Expiration of Term |
|---|---|---|---|
| PRESIDENT | ROBERT L. KINGMAN | 78 WHITTEMORE RD., STURBRIDGE, MA 01566 USA | |
| TREASURER | ROBERT L. KINGMAN | 78 WHITTEMORE RD., STURBRIDGE, MA 01566 USA | |
| SECRETARY | MILDRED A. KINGMAN | 78 WHITTEMORE RD., STURBRIDGE, MA 01566 USA | |
| DIRECTOR | ROBERT L. KINGMAN | 78 WHITTEMORE RD., STURBRIDGE, MA 01566 USA | |

**business entity stock is publicly traded:** __

**The total number of shares and par value, if any, of each class of stock which the business entity is authorized to issue:**

| Class of Stock | Par Value Per Share Enter **0** if no Par | Total Authorized by Articles of Organization or Amendments *Num of Shares* | *Total Par Value* | Total Issued and Outstanding *Num of Shares* |
|---|---|---|---|---|
| CNP | $0.00000 | 27,500 | $0.00 | 1,000 |

__ Consent __ Manufacturer __ Confidential Data __ Does Not Require Annual Report
__ Partnership __ Resident Agent __ For Profit __ Merger Allowed

**Select a type of filing from below to view this business entity filings:**

ALL FILINGS
Administrative Dissolution
Annual Report
Application For Revival
Articles of Amendment

View Filings New Search

**Comments**

© 2001 - 2008 Commonwealth of Massachusetts
All Rights Reserved

Help

**The Commonwealth of Massachusetts**
**William Francis Galvin**
**Secretary of the Commonwealth**
One Ashburton Place, Boston, Massachusetts 02108-1512
Telephone: (617) 727-9640

**FEE: $ 125.00**

030101341

NOTE: PLEASE TYPE OR PRINT CLEARLY!

# MASSACHUSETTS CORPORATION ANNUAL REPORT

Federal Identification No. 04-2864766

1. The exact name of the corporation is: SAFETY SOURCE OF NEW ENGLAND, INC.

2. Location of its principal office in Massachusetts: 29 GILLESPIE ROAD
(number and street)
CHARLTON (city or town) MA (state) 01507-1372 (zip)

NOTE: If corporation is organized wholly to do business outside Massachusetts, state location of that office also:

(number & street) (city or town) (state) (zip)

3. Name and address of the Resident Agent, if any:
(name)
(number & street) (city or town) (zip)

4. Date of the end of the last fiscal year was: MAY (month) 31 (day) 2003 (year)

5. Check here if the corporation stock is publicly traded: ☐.

6. The capital stock of each class as of the end of its last fiscal year was:

| CLASS OF STOCK | PAR VALUE PER SHARE STATE IF NO PAR | TOTAL AUTHORIZED BY ARTICLES OF ORGANIZATION OR AMENDMENTS | | TOTAL ISSUED AND OUTSTANDING |
|---|---|---|---|---|
| | | Number of Shares | Total Par Value | Number of Shares |
| COMMON: | NO PAR | 27,500 | | 1,000 |
| PREFERRED: | | | | |

7. State the names and addresses of the officers specified below and of all the directors of the corporation, and the date on which the term of office of each expires:

| OFFICERS | NAME | ADDRESS Number, Street, City or Town, State, Zip Code | EXPIRATION OF TERM |
|---|---|---|---|
| PRESIDENT | ROBERT L. KINGMAN | 78 WHITTEMORE ROAD STURBRIDGE MA | * |
| TREASURER | ROBERT L. KINGMAN | 78 WHITTEMORE ROAD STURBRIDGE MA | * |
| CLERK | MILDRED A. KINGMAN | 78 WHITTEMORE ROAD STURBRIDGE MA | * |
| DIRECTORS | ROBERT L. KINGMAN | 78 WHITTEMORE ROAD STURBRIDGE MA | * |
| | MILDRED A. KINGMAN | 78 WHITTEMORE ROAD STURBRIDGE MA | * |

* UNTIL SUCCESSOR IS ELECTED AND DULY QUALIFIED

I, the undersigned ROBERT L. KINGMAN, being the PRESIDENT of the above-named corporation, in compliance with the General Laws, Chapter 156B, hereby certify that the above information is true and correct as of the dates shown. IN WITNESS WHEREOF AND UNDER PENALTIES OF PERJURY, I hereto sign my name on this 3RD day of AUGUST, 20 03.

Signature: Robert L. Kingman Title: PRESIDENT

Contact Person: ROBERT L. KINGMAN Contact Person Telephone #: 800-225-3553

257481
08-21-02

156bmcar 4/5/00

15300729 758998 SAFETYSOURCE 2002.05000 SAFETY SOURCE OF NEW ENGLAN SAFETYS1

MA SOC Filing Number: 200795162730 Date: 08/14/2007 2:57 PM

# The Commonwealth of Massachusetts
## William Francis Galvin

**Minimum Fee: $100.00**

Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512
Telephone: (617) 727-9640

## Annual Report
(General Laws, Chapter 156D, Section 16.22; 950 CMR 113.57)

**Federal Employer Identification Number:** 042864766 *(must be 9 digits)*

**1. Exact name of the corporation:** SAFETY SOURCE OF NEW ENGLAND, INC.

**2. Jurisdiction of Incorporation:** State: MA Country:

**3,4. Street address of the corporation registered office in the commonwealth and the name of the registered agent at that office:**

Name: MILDRED A KINGMAN
No. and Street: 29 GILLESPIE RD
City or Town: CHARLTON State: MA Zip: 01507 Country: USA

**5. Street address of the corporation's principal office:**

No. and Street: 29 GILLESPIE RD.
City or Town: CHARLTON State: MA Zip: 01507 Country: USA

**6. Provide the name and addresses of the corporation's board of directors and its president, treasurer, secretary, and if different, its chief executive officer and chief financial officer.**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code |
|---|---|---|
| PRESIDENT | ROBERT L. KINGMAN | 78 WHITTEMORE RD., STURBRIDGE, MA 01566 USA |
| TREASURER | ROBERT L. KINGMAN | 78 WHITTEMORE RD., STURBRIDGE, MA 01566 USA |
| SECRETARY | MILDRED A. KINGMAN | 78 WHITTEMORE RD., STURBRIDGE, MA 01566 USA |
| DIRECTOR | ROBERT L. KINGMAN | 78 WHITTEMORE RD., STURBRIDGE, MA 01566 USA |

**7. Briefly describe the business of the corporation:**

WHOLESALE DISTRIBUTION

**8. Capital stock of each class and series:**

| Class of Stock | Par Value Per Share<br>Enter **0** if no Par | Total Authorized by Articles of Organization or Amendments<br>*Num of Shares* | *Total Par Value* | Total Issued and Outstanding<br>*Num of Shares* |
|---|---|---|---|---|
| CNP | $0.00000 | 27,500 | $0.00 | 1,000 |
| CNP | $0.00000 | 27,500 | $0.00 | 1,000 |