# EXHIBIT 3

* This is not a certified copy of any policy form. * Actual policy provisions may differ. *

MM 99 54 09 98

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

MM 99 54 09 98

# UNDERINSURED MOTORISTS COVERAGE – MASSACHUSETTS

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
GARAGE COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

## A. COVERAGE

We will pay all sums an insured is legally entitled to recover as damages from the owner or operator of an "underinsured motor vehicle." The damages must result from "bodily injury" sustained by the insured caused by an "accident." The owner's or operator's liability for these damages must result from the ownership, maintenance or use of an "underinsured motor vehicle."

## B. WHO IS AN INSURED

a. You, while "occupying" a covered "auto," while "occupying" an "auto" you do not own, or if injured as a "pedestrian."

b. If the form of your business under item one of the Declarations is shown as an individual, any "household member," while "occupying" a covered "auto," while "occupying" an "auto" not owned by you, or if injured as a "pedestrian."

If there are two or more policies which provide coverage at the same limits, we will only pay our proportionate share. We will not pay damages to or for any "household member" who has a Massachusetts auto policy of his or her own, or who is covered by a Massachusetts auto policy of another "household member" providing underinsured auto insurance with higher limits.

c. Anyone else while "occupying" a covered "auto." We will not pay damages to or for anyone else who has a Massachusetts auto policy of his or her own, or who is covered by a Massachusetts auto policy of any "household member" providing underinsured auto coverage.

d. Anyone else for damages he or she is entitled to recover because of injury to a person under this coverage.

If you are injured while "occupying" a covered "auto" and you have two or more "autos" insured with us with different limits, we will only pay up to the limits shown on the Declarations for the "auto" you are "occupying" when injured.

If you are injured as a "pedestrian" or while "occupying" an "auto" you do not own and you have two or more Massachusetts auto policies which provide coverage at different limits, the policy with the higher limits will pay. If there are two or more policies which provide coverage at the same limits, we will only pay our proportionate share.

## C. EXCLUSIONS

This insurance does not apply to any of the following:

1. Any "household member" if struck by or while "occupying" an auto owned by that "household member"


Copyright, Automobile Insurers Bureau, 1998

which does not have Massachusetts Compulsory Auto insurance.

2. Anyone injured while using an auto without the consent of the owner.

3. The direct or indirect benefits of any insurer or self-insurer under a workers' compensation law or any similar law.

**D. LIMITS OF INSURANCE**

1. We will reduce the damages an injured person is entitled to recover by:

   a. The total amount collected from the automobile bodily injury liability insurance covering the legally responsible owners and operators of all insured autos.

   b. The amount recovered from any legally responsible person provided the injured person is fully compensated for his or her damages for bodily injury.

   c. The amount paid under a workers' compensation law or similar law.

   d. Any expenses that are payable or would have been payable except for a deductible under the PIP coverage of this policy or any other Massachusetts auto policy.

2. If only one person sustains bodily injury, we will pay any unpaid damages up to the difference between the total amount collected from the automobile bodily injury liability insurance covering the legally responsible owners and operators of all insured autos and the "per person" limit shown for this Coverage on the Declarations. This is the most we will pay for injuries to one or more persons as the result of bodily injury to any one person in any one accident.

3. If two or more people sustain bodily injury and are insured under this Coverage, we will pay any unpaid damages up to the difference between the automobile bodily injury liability insurance "per accident" limit covering the legally responsible owners and operators of all insured autos and the "per accident" limit shown for this Coverage on the Declarations. This is the most we will pay for injuries to two or more people as the result of bodily injury to two or more people in any one accident.

4. The determination as to whether an injured person is legally entitled to recover damages from the legally responsible owners or operators of all insured autos will be by agreement between us and the injured person. The amount of damages, if any, will be determined in the same way. Arbitration will be used if no agreement can be reached.

5. The limits of two or more autos or policies shall not be added together, combined or stacked, to determine the limits of insurance available to anyone insured under this Coverage, regardless of the number of "autos" involved, persons covered, claims made or premiums shown on the Declarations.

6. We will not make payments under this Part which duplicate payments under the underinsured auto insurance of any other auto policy.

**E. CHANGES IN CONDITIONS**

The conditions are change for UNDERINSURED MOTORIST COVERAGE as follows:

1. OTHER INSURANCE is deleted.

2. TWO OR MORE COVERAGE FORMS OR POLICIES ISSUED BY US is deleted.

**F. ADDITIONAL CONDITIONS**

The following conditions are added for UNDERINSURED MOTORISTS COVERAGE:

1. **Arbitration**

   If we and an insured disagree whether the insured is legally entitled to recover damages from the owner or operator of an



* This is not a certified copy of any policy form. * Actual policy provisions may differ. *

"underinsured motor vehicle" or do not agree as to the amount of damages, either party may make a written demand for arbitration. However, in no event may a demand for arbitration constitute first notice of claim. We must be given sufficient notice of claim to conduct a reasonable investigation and attempt settlement before arbitration can be used.

2. **Settlement of Judgment**

If an injured person settles a claim as a result of an "accident" covered under this coverage, we will pay that person only if the claim was settled with our consent.

We will not be bound under this coverage by any judgment resulting from a lawsuit brought without our written consent. We will not, however, unreasonably withhold our consent.

G. **DEFINITIONS**

As used in this endorsement:

1. "Accident" means an unexpected, unintended event that causes **bodily injury** arising out of the ownership, maintenance or use, including the loading or unloading of an "auto."

2. "Household member" means anyone living in your household who is related to you by blood, marriage or adoption. This includes wards, step-children or foster children.

3. "Occupying" means in, upon, getting in, on, out or off.

4. "Underinsured motor vehicle" means an "auto" for which the limits for automobile bodily injury liability insurance covering the owner and operator of the auto are:

   a. Less than the limits shown for this coverage on the Declarations; and

   b. Not sufficient to pay for the damages sustained by the injured person.

* This is not a certified copy of any policy form. * Actual policy provisions may differ. *


Copyright, Automobile Insurers Bureau, 1998