UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| HEIDI M. BAKER,<br><br>Plaintiff,<br><br>v.<br><br>SAFETY SOURCE NORTHEAST and ST. PAUL TRAVELERS INSURANCE COMPANY,<br><br>Defendants. | ) | CIVIL ACTION NO. 07-0314 ML |

**DEFENDANT ST. PAUL TRAVELERS INSURANCE COMPANY'S RESPONSE TO PLAINTIFF'S STATEMENT OF UNDISPUTED FACTS**

Now comes defendant St. Paul Travelers Insurance Company (Travelers) in the above-entitled action and submits this Response to Plaintiff's Statement of Undisputed Facts, and disputes plaintiff's allegations contained in paragraphs 3, 4, 8, 9, 12, 14, 16, and 17.

ST. PAUL TRAVELERS INSURANCE COMPANY,

By its attorneys,

/ s/ Paul Sullivan

Paul V. Sullivan (#5712)
Sullivan Signore Whitehead & DeLuca LLP
86 Weybosset Street, Suite 400
Providence, RI 02903
Tel: (401) 861-9900
Fax: (401) 861-9977
psullivan@sswdlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that an exact copy of the within document was electronically mailed to the Electronic Case Filing system of the United States District Court for its distribution to all counsel of record, this 12th day of May, 2008.

/ s / Paul Sullivan

Paul V. Sullivan