UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

HEIDI M. BAKER

v. CA 07-314 ML

SAFETY SOURCE NORTHEAST and
ST. PAUL TRAVELERS INSURANCE

MEMORANDUM AND ORDER

This matter is before the Court on cross motions for summary judgment. Defendant filed its opposition to Plaintiff's Motion for Summary Judgment on May 12, 2008 (docket entry #19). In support of its opposition, Defendant filed a "Response to Plaintiff's Statement of Undisputed Facts" (docket entry #20). This "Response" does not comply with RI LR Cv 56(a)(4) as amended on April 10, 2008. Defendant is hereby directed to file its "Response" in accordance with the requirements of LR Cv 56(a)(4) on or before June 10, 2008.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
June 3, 2008