**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

HEIDI M. BAKER
*Plaintiff*

VS. DOCKET NO.: 07-314ML

SAFETY SOURCE NORTHEAST AND
ST. PAUL TRAVELERS INSURANCE
*Defendant*

**PLAINTIFFS' AFFIDAVIT SUBMISSION**

Plaintiff, Heidi M. Baker's Affidavit is attached hereto and made a part hereof.

Plaintiff,
By Her Attorney,

______________________
Anthony J. Gianfrancesco, Esq.
Baluch Gianfrancesco Mathieu
& Alger
155 South Main Street
Providence, RI 02903
(401) 331-1434

**CERTIFICATION**

I hereby certify that a true copy of the above document was mailed to Paul Sullivan, Esquire, Sullivan, Signore, Whitehead & DeLuca, LLP, 86 Weybosset Street, Suite 400, Providence, Rhode Island 02903 on this 6th day of June, 2008.

______________________

**AFFIDAVIT OF HEIDI BAKER**

After being duly sworn under oath I state as follows:

1. That my name is Heidi Baker and I reside at 39 Harvard Street, Cranston Rhode Island;

2. That I, Heidi Baker, have been a residence of the State of Rhode Island since 1966;

3. That I was hired in the year of 2000 by Safety Source Northeast located at 111 Pennsylvania Ave, Warwick. Rhode Island;

4. That at the time of my hiring, I reported every day to the Safety Source Northeast office located at 111 Pennsylvania Ave, Warwick, R.I;

5. That at the start of every work day I picked up my Safety Source Northeast work vehicle located at the Warwick, Rhode Island location;

6. That at the end of my work day I dropped off my Safety Source Northeast work vehicle at the Warwick, Rhode Island location;

7. That for entire period of my employment with Safety Source Northeast I worked out of the office located in Warwick, Rhode Island;

8. That on 12/17/02 after driving from the Rhode Island office in route to a job site in Massachusetts I was involved in a motor vehicle accident with my work vehicle;

9. That as a result of this accident I did file for and collect Workers Compensation through the State of Rhode Island;

10. That at the time of this accident I was not eligible to file for or collect Workers Compensation through the State of Massachusetts;

11. That I have made this statement freely and voluntarily without duress;

Heidi Baker

Heidi Baker

Subscribed and sworn to before me this 29th day of May, 2008.

Sular Martinez

Sular Martinez
Notary Public NO# 58096
My Comm. Expires: 04/26/2010