UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| HEIDI M. BAKER,<br>Plaintiff,<br><br>v.<br><br>SAFETY SOURCE NORTHEAST and<br>ST. PAUL TRAVELERS INSURANCE<br>COMPANY,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO. 07-0314 ML |

**DEFENDANT ST. PAUL TRAVELERS INSURANCE COMPANY'S STATEMENT OF ADDITIONAL UNDISPUTED FACTS IN SUPPORT OF OBJECTION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Defendant St. Paul Travelers Insurance Company (Travelers), pursuant to Local Rule 56 (a) (4) states the following as undisputed facts that preclude the granting of summary judgment to plaintiff:

1. The insurance policy that Ms. Baker's cites in her complaint is WVA 570040809W001, which is a worker's compensation insurance policy. That worker's compensation insurance does not provide for underinsured motorist benefits, which Ms. Baker now seeks.
2. Ms. Baker could have filed her workers compensation claim in Massachusetts, as that is where her injury occurred.
3. The vehicle that Ms. Baker was operating when the automobile accident occurred was registered in Massachusetts.

ST. PAUL TRAVELERS INSURANCE COMPANY,

By its attorneys,

/ s/ Paul Sullivan

Paul V. Sullivan (#5712)
Sullivan Signore Whitehead & DeLuca LLP
86 Weybosset Street, Suite 400
Providence, RI 02903
Tel: (401) 861-9900
Fax: (401) 861-9977
psullivan@sswdlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that an exact copy of the within document was electronically mailed to the Electronic Case Filing system of the Unite States District Court for its distribution to all counsel of record, this 10th day of June, 2008.

/ s / Paul Sullivan

Paul V. Sullivan