# EXHIBIT 2

# BUSINESS AUTO DECLARATIONS

Policy No. MA05700143

| COMPANY NAME AREA | PRODUCER NAME AREA |
|---|---|
| ST. PAUL FIRE & MARINE INSURANCE COMPANY | 2005721<br>MC GRATH BURNHAM GROUP<br>328 MAIN STREET<br>SOUTHBRIDGE MA 01550 |

ITEM ONE

NAMED INSURED: SAFETY SOURCE OF NEW ENGLAND INC

MAILING ADDRESS: PO BOX 532

STURBRIDGE MA 01566

POLICY PERIOD: From 12/12/02 to 12/12/03
at 12:01 A.M. Standard Time at your mailing address shown above.

FORM OF BUSINESS:

☒ CORPORATION ☐ LIMITED LIABILITY COMPANY ☐ INDIVIDUAL
☐ PARTNERSHIP ☐ OTHER

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

| | |
|---|---|
| PREMIUM FOR ENDORSEMENTS | $ |
| *ESTIMATED TOTAL PREMIUM | $ 3,942.00 |

*This policy may be subject to final audit.

Premium shown is payable: $ at inception.

ENDORSEMENTS ATTACHED TO THIS POLICY: IL 00 21 11 85 – Broad Form Nuclear Exclusion (Not applicable in New York)

CA 00 01 (07-97) MM 99 11 (09-98) IL 00 17 (11-85) MM 99 54 (09-98)
MM 99 13 (09-98) MM 99 17 (09-98) MM 20 26 (09-98) MM 99 50 (09-98)
MM 99 39 (09-98)

COUNTERSIGNED ______________ BY ______________
(Date) (Authorized Representative)

Jay S. Fishman
President

[signature]
Secretary

* This is not a certified copy of any policy form. * Actual policy provisions may differ. *


Includes copyrighted material of Insurance Services Office with its permission. Copyright, Insurance Services Office, Inc. 1998

MM 99 13 09 98

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

MM 99 13 09 98

# AUTO MEDICAL PAYMENTS COVERAGE – MASSACHUSETTS

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
GARAGE COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. COVERAGE**

We will pay reasonable expenses incurred for necessary medical and funeral services to or for an "insured" who sustains "bodily injury" caused by "accident." We will pay only those expenses incurred within two years from the date of the "accident."

**B. WHO IS AN INSURED**

1. You while "occupying" or while a pedestrian, when struck by an "auto."

2. If the form of your business under item one of the Declarations is shown as an individual, any "household member" while "occupying" or while a pedestrian, when struck by any "auto."

3. Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto." The covered "auto" must be out of service because of its breakdown, repair, servicing, loss or destruction.

**C. EXCLUSIONS**

This insurance does not apply to any of the following:

1. "Bodily injury" sustained by an "insured" while "occupying" a vehicle located for use as a premises or residence.

2. "Bodily injury" sustained by you or any "household member" while "occupying" or struck by any vehicle (other than a covered "auto") owned by you or furnished or available for your regular use.

3. "Bodily injury" sustained by any "household member" while occupying" or struck by any vehicle (other than a covered "auto") owned by or furnished or available for the regular use of any "household member."

4. "Bodily injury" to your employee arising out of and in the course of employment by you. However, we will cover "bodily injury" to your domestic employees if not entitled to workers compensation benefits.

5. "Bodily injury" to an "insured" while working in a business of selling, servicing, repairing or parking "autos" unless that business is yours.

6. "Bodily injury" caused by declared or undeclared war or insurrection or any of their consequences.

7. "Bodily injury" to anyone using a vehicle without a reasonable belief that the person is entitled to do so.

8. Bodily injury sustained by an "insured" "occupying" a covered "auto" while used in any professional or organized racing or


Includes copyrighted material of Insurance Services Office, with its permission.

* This is not a certified copy of any policy form. * Actual policy provisions may differ. *

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# WAIVER OF DEDUCTIBLE – MASSACHUSETTS

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
GARAGE COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

The deductible amount shown on the Declaration page for PHYSICAL DAMAGE COLLISION COVERAGE does not apply to any "auto" to which the endorsement applies as shown on the Declarations if:

1. That "auto" was legally parked when struck by another "auto" owned by an identified person.
2. That "auto" was struck in the rear by another "auto" moving in the same direction and owned by an identified person.
3. The operator of the other "auto" was convicted of any of the following violations:
   a. Operating under the influence of alcohol, marijuana or a narcotic drug.
   b. Driving the wrong way on a one-way street.
   c. Operating at an excessive rate of speed.
   d. Any similar violation of any similar law of another state in which the accident occurs.

   However, we will not pay if the operator of the "auto" insured under this Coverage was also convicted of one of the violations.
4. You are entitled to recover in court against an identified person for some reason other than those listed above.

| (Description of Auto) | (Premium) |
|---|---|
| 1 1999 FORD WINDSTAR | INCL |
| 2 2000 FORD ECONOLINE | INCL |

 Copyright, Automobile Insurers Bureau, 1998

* This is not a certified copy of any policy form. * Actual policy provisions may differ. *

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

MM 99 39 09 98

# LOSS OF USE/RENTAL REIMBURSEMENT COVERAGE–MASSACHUSETTS

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| | |
|---|---|
| Endorsement effective<br>12/12/02 | Policy No.<br>MA05700143 |
| Named Insured<br>SAFETY SOURCE OF NEW ENGLAND INC | Countersigned By |

(Authorized Representative)

**SCHEDULE**

| | | Maximum/Payment Each Covered "Auto" | | | |
|---|---|---|---|---|---|
| Auto no. | Designation or Description of Covered "Auto" to which this insurance applies | Any one day | No. of Days | Any One Period | Premium |
| 1 | 1999 FORD WINDSTAR | $30 | 30 | $900 | INCL |
| 2 | 2000 FORD ECONOLINE | $30 | 30 | $900 | INCL |
| | | Total Premium | | INCL | |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

A. We will reimburse you in the event of loss to a covered auto for expenses incurred for the rental, not including any mileage or gasoline charges, of a substitute auto of equivalent type and purpose, including taxicabs, buses and other means of transportation.

B. We will pay only for those expenses incurred during the policy period beginning 24 hours after the loss and ending, regardless of the policy's expirations, with the lesser of the following number of days:



Includes copyrighted material of Insurance Services Office, with its permission.
Copyright, Insurance Services Office, Inc. 1998

* This is not a certified copy of any policy form. * Actual policy provisions may differ. *

MM 99 50 09 98

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED - MASSACHUSETTS

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
GARAGE COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| | |
|---|---|
| Endorsement effective<br>12/12/02 | Policy No.<br>MA05700143 |
| Named Insured<br>SAFETY SOURCE OF NEW ENGLAND INC | Countersigned By |

(Authorized Representative)

Changes in Liability Coverage:

Who Is An Insured is changed to include the person or organization named in this endorsement, but only for "bodily injury" or "property damage" resulting from the acts or omissions of:

1. You, while using a covered "auto."

2. Any other person, while using a covered "auto" with your permission.

Additional insured:

B J'S WHOLESALE CLUB
ONE MERCER ROAD
PO BOX 9601
NATICK MA 01760-9601

* This is not a certified copy of any policy form. * Actual policy provisions may differ. *

 Copyright, Automobile Insurers Bureau, 1998 

This is not a certified copy of any policy form. * Actual policy provisions may differ. *

MM 99 54 09 98

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

MM 99 54 09 98

# UNDERINSURED MOTORISTS COVERAGE – MASSACHUSETTS

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
GARAGE COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. COVERAGE**

We will pay all sums an insured is legally entitled to recover as damages from the owner or operator of an "underinsured motor vehicle." The damages must result from "bodily injury" sustained by the insured caused by an "accident." The owner's or operator's liability for these damages must result from the ownership, maintenance or use of an "underinsured motor vehicle."

**B. WHO IS AN INSURED**

a. You, while "occupying" a covered "auto," while "occupying" an "auto" you do not own, or if injured as a "pedestrian."

b. If the form of your business under item one of the Declarations is shown as an individual, any "household member," while "occupying" a covered "auto," while "occupying" an "auto" not owned by you, or if injured as a "pedestrian."

If there are two or more policies which provide coverage at the same limits, we will only pay our proportionate share. We will not pay damages to or for any "household member" who has a Massachusetts auto policy of his or her own, or who is covered by a Massachusetts auto policy of another "household member" providing underinsured auto insurance with higher limits.

c. Anyone else while "occupying" a covered "auto." We will not pay damages to or for anyone else who has a Massachusetts auto policy of his or her own, or who is covered by a Massachusetts auto policy of any "household member" providing underinsured auto coverage.

d. Anyone else for damages he or she is entitled to recover because of injury to a person under this coverage.

If you are injured while "occupying" a covered "auto" and you have two or more "autos" insured with us with different limits, we will only pay up to the limits shown on the Declarations for the "auto" you are "occupying" when injured.

If you are injured as a "pedestrian" or while "occupying" an "auto" you do not own and you have two or more Massachusetts auto policies which provide coverage at different limits, the policy with the higher limits will pay. If there are two or more policies which provide coverage at the same limits, we will only pay our proportionate share.

**C. EXCLUSIONS**

This insurance does not apply to any of the following:

1. Any "household member" if struck by or while "occupying" an auto owned by that "household member"

 Copyright, Automobile Insurers Bureau, 1998

THIS ENDORSEMENT CHANGES THE POLICY TO COMPLY WITH MASSACHUSETTS LAW. PLEASE READ IT CAREFULLY.

## MASSACHUSETTS MANDATORY ENDORSEMENT

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

Condition A., Cancellation, is replaced by the following:

A. **Cancellation**

You can cancel all or any part of the insurance at any time by giving us or your agent at least 20 days written notice.

We can cancel all or any part of the insurance if:

1. You have not paid your premium on this policy.
2. We find that you were responsible for fraud or material misrepresentation when you applied for this policy or any extension or renewal of it.
3. Your driver's license or auto registration has been under suspension or revocation during the policy period.

If the driver's license or auto registration of anyone residing in your household who usually operates a covered "auto" has been under suspension or revocation during the policy period, we may suspend coverage for that person for all coverages under this policy except those coverages and limits required under Massachusetts law to register a motor vehicle.

We can cancel any coverage we are not required by Massachusetts law to sell you if we do so within the first 90 days of the policy period. Also, we can cancel in the same manner coverage limits which are higher than the limits we are required by law to sell you and any coverages designed to reduce the deductibles set by law.

Massachusetts law provides that your policy automatically terminates when:

1. You return the registration plates for a covered "auto" to the Registry of Motor Vehicles.
2. You purchase a new policy with another company covering a covered "auto" and you file a new Certificate of Insurance with the Registry of Motor Vehicles.
3. If you transfer title to a covered "auto" and you do not register another auto, this policy will terminate 30 days from the date of transfer of title.

However, if more than one covered "auto" is described on the Declarations, the termination of coverage applies only to the "auto" involved in one of the situations described above.

Any notice of cancellation will be sent to you at your last address shown on the Declarations at least 20 days prior to the effective date. A notice sent by regular mail, for which a certificate of mailing receipt has been obtained from the United Stated Postal Service, will be considered sufficient notice.

In order to cancel the rights of any loss payee shown in the policy, a notice of cancellation must also be sent to the loss payee in a similar manner.

If we cancel the insurance provided under this policy for Massachusetts registered vehicles, the cancellation is not effective unless we send the required notice to the Massachusetts Registry of Motor Vehicles.

* This is not a certified copy of any policy form. * Actual policy provisions may differ. *

 Copyright, Automobile Insurers Bureau, 1998